01/26/2024

LAVISH HEALTH SERVICES LLC
7204 WEST 27TH STREET
SAINT LOUIS PARK, MN 55426-3157

(612) 876-2151

NON-NEGOTIABLE

PAY TO THE ORDER OF  NEAL, PENNY                                   NET   $1,058.37

NEAL, PENNY
2011 3RD AVENUE SOUTH
MINNEAPOLIS, MN 55404

NEAL, PENNY
WORKER ID : F6C3-3
2011 3RD AVENUE SOUTH
MINNEAPOLIS, MN 55404

PERIOD START   01/05/2024   CHECK DATE     01/26/2024
PERIOD END     01/18/2024   CHECK NUMBER   0

LAVISH HEALTH SERVICES LLC

7204 WEST 27TH STREET
SAINT LOUIS PARK, MN 55426-3157
(612) 876-2151

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| REGULAR - HRLY | $22.00 | 58.33 hrs | | $1,283.26 | $2,889.26 |
| TOTAL HOURS & EARNINGS | | 58.33 hrs | 0.00 hrs | $1,283.26 | $2,889.26 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $77.68 | $194.09 |
| FICA | $79.56 | $179.13 |
| MEDFICA | $18.60 | $41.89 |
| STATE-MN | $49.05 | $117.88 |
| TOTAL TAXES | $224.89 | $532.99 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| TOTAL DEDUCTIONS | $0.00 | $0.00 |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|

| | CURRENT | YTD |
|---|---|---|
| TOTAL EARNINGS | $1,283.26 | $2,889.26 |
| TOTAL TAXES | $224.89 | $532.99 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| **NET PAY** | **$1,058.37** | |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals

02/08/2024

LAVISH HEALTH SERVICES LLC
7204 WEST 27TH STREET
SAINT LOUIS PARK, MN 55426-3157

(612) 876-2151

NON-NEGOTIABLE

PAY TO THE ORDER OF: NEAL, PENNY

NET $1,362.08

NEAL, PENNY
2011 3RD AVENUE SOUTH
MINNEAPOLIS, MN 55404

NEAL, PENNY
WORKER ID : F6C3-3
2011 3RD AVENUE SOUTH
MINNEAPOLIS, MN 55404

| | | |
|---|---|---|
| PERIOD START | 01/21/2024 | CHECK DATE 02/08/2024 |
| PERIOD END | 02/03/2024 | CHECK NUMBER 0 |

LAVISH HEALTH SERVICES LLC

7204 WEST 27TH STREET
SAINT LOUIS PARK, MN 55426-3157
(612) 876-2151

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| REGULAR - HRLY | $22.00 | 76.83 hrs | | $1,690.26 | $4,579.52 |
| TOTAL HOURS & EARNINGS | | 76.83 hrs | 0.00 hrs | $1,690.26 | $4,579.52 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $126.52 | $320.61 |
| FICA | $104.80 | $283.93 |
| MEDFICA | $24.51 | $66.40 |
| STATE-MN | $72.35 | $190.23 |
| TOTAL TAXES | $328.18 | $861.17 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| TOTAL DEDUCTIONS | $0.00 | $0.00 |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|

| | CURRENT | YTD |
|---|---|---|
| TOTAL EARNINGS | $1,690.26 | $4,579.52 |
| TOTAL TAXES | $328.18 | $861.17 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| NET PAY | $1,362.08 | |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals

02/23/2024

LAVISH HEALTH SERVICES LLC
7204 WEST 27TH STREET
SAINT LOUIS PARK, MN 55426-3157

(612) 876-2151

NON-NEGOTIABLE

PAY TO THE ORDER OF    NEAL, PENNY                     NET    $1,405.28

NEAL, PENNY
2011 3RD AVENUE SOUTH
MINNEAPOLIS, MN 55404

NEAL, PENNY
WORKER ID : F6C3-3
2011 3RD AVENUE SOUTH
MINNEAPOLIS, MN 55404

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| REGULAR - HRLY | $22.00 | 79.50 hrs | | $1,749.00 | $6,328.52 |

PERIOD START   02/04/2024   CHECK DATE      02/23/2024
PERIOD END     02/18/2024   CHECK NUMBER    0

LAVISH HEALTH SERVICES LLC

| | | | | | |
|---|---|---|---|---|---|
| TOTAL HOURS & EARNINGS | | 79.50 hrs | 0.00 hrs | $1,749.00 | $6,328.52 |

7204 WEST 27TH STREET
SAINT LOUIS PARK, MN 55426-3157
(612) 876-2151

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $133.57 | $454.18 |
| FICA | $108.44 | $392.37 |
| MEDFICA | $25.36 | $91.76 |
| STATE-MN | $76.35 | $266.58 |

EMPLOYER MEMO:

| | CURRENT | YTD |
|---|---|---|
| TOTAL TAXES | $343.72 | $1,204.89 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|

| | CURRENT | YTD |
|---|---|---|
| TOTAL DEDUCTIONS | $0.00 | $0.00 |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|

| | CURRENT | YTD |
|---|---|---|
| TOTAL EARNINGS | $1,749.00 | $6,328.52 |
| TOTAL TAXES | $343.72 | $1,204.89 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| NET PAY | | $1,405.28 |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals

03/08/2024

LAVISH HEALTH SERVICES LLC
7204 WEST 27TH STREET
SAINT LOUIS PARK, MN 55426-3157

(612) 876-2151

NON-NEGOTIABLE

PAY TO THE ORDER OF   NEAL, PENNY                           NET   $1,445.73

NEAL, PENNY
2011 3RD AVENUE SOUTH
MINNEAPOLIS, MN 55404

---

NEAL, PENNY

WORKER ID : F6C3-3

2011 3RD AVENUE SOUTH
MINNEAPOLIS, MN 55404

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| REGULAR - HRLY | $22.00 | 82.00 hrs | | $1,804.00 | $8,132.52 |

| PERIOD START | 02/17/2024 | CHECK DATE | 03/08/2024 |
|---|---|---|---|
| PERIOD END | 03/03/2024 | CHECK NUMBER | 0 |

LAVISH HEALTH SERVICES LLC

7204 WEST 27TH STREET
SAINT LOUIS PARK, MN 55426-3157
(612) 876-2151

EMPLOYER MEMO:

| | | | | |
|---|---|---|---|---|
| TOTAL HOURS & EARNINGS | 82.00 hrs | 0.00 hrs | $1,804.00 | $8,132.52 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $140.17 | $594.35 |
| FICA | $111.85 | $504.22 |
| MEDFICA | $26.16 | $117.92 |
| STATE-MN | $80.09 | $346.67 |
| TOTAL TAXES | $358.27 | $1,563.16 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| TOTAL DEDUCTIONS | $0.00 | $0.00 |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|

| | CURRENT | YTD |
|---|---|---|
| TOTAL EARNINGS | $1,804.00 | $8,132.52 |
| TOTAL TAXES | $358.27 | $1,563.16 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| NET PAY | | $1,445.73 |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals